Florence Isenberger, appellant, v. Scott Myers, appellee. Gen. No. 7,274.

Execution levied on automobile alleged to be property of judgment debtor. Statutory notice by plaintiff of ownership. Judgment for defendant. Appeal from the County Court of Carroll county; the

Hon. Orion M. Grove, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opininon filed January 7, 1924.

J. L. Brearton, for appellant. C. G. Elmer, for appellee; Charles E. Stuart, of counsel.

Mr. Presiding Justice Partlow delivered the opinion of the court.